```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  SEP  3 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 90 - 503 - RMT |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | [Fed. R. Crim. P. 32.1(a)(6); |
| vs. ) | 18 U.S.C. § 3143(a)] |
| David Lawrence Wyche ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

1 | _nature of the offense; insufficient bail resources_

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of the offense_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _9/3/08_

_Alicia G. Rosenberg_
UNITES STATES MAGISTRATE JUDGE